

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00339-CV

Yolanda L. **KYLE**,
Appellant

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 377265
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  December 28, 2012

DISMISSED

Appellant's brief, which was due on October 10, 2012, has not been filed.  On October 26, 2012, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  Appellee has also filed a motion to dismiss the appeal for failure to prosecute.  Accordingly, the motion is granted, and the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM